IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERICE POLK, on behalf of herself and all other persons similarly situated known and unknown,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EUGENE BANKS and TIGER FIGHTING ACADEMY,<br><br>　　　　　Defendants. | Case No. 08 C 1652<br><br>Judge KENNELLY<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

**TO:**　Eugene Banks, individually and as owner of
　　　Tiger Fighting Academy
　　　8240 South Cottage Grove Avenue
　　　Chicago, IL 60619-5302

**PLEASE TAKE NOTICE** that on the 2nd day of April 2008, we filed the Summons and Affidavit of Special Process Server in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

　　　　　　　　　　　　　　　　　　　/s/ Arthur R. Ehrlich
　　　　　　　　　　　　　　　　　　　GOLDMAN & EHRLICH

## PROOF OF SERVICE

　　I, Arthur R. Ehrlich, an attorney on oath, state that I served this notice by mailing a copy to EUGENE BANKS at the above address and depositing the same in the U.S. mail at 19 South LaSalle Street, Chicago, Illinois 60603, at or about 5:00 p.m. on April 2, 2008, with proper postage prepaid.

　　　　　　　　　　　　　　　　　　　/s/ Arthur R. Ehrlich
　　　　　　　　　　　　　　　　　　　Arthur R. Ehrlich of GOLDMAN & EHRLICH

LAW OFFICES
GOLDMAN & EHRLICH
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364