# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TERICE POLK

CASE NUMBER: 08CV1652

V.

ASSIGNED JUDGE: JUDGE KENNELLY
MAGISTRATE JUDGE VALDE

EUGENE BANKS and TIGER FIGHTING ACADEMY

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

TIGER FIGHTING ACADEMY
c/o Eugene Banks
8240 South Cottage Grove Avenue
Chicago, IL 60619-5302

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arthur R. Ehrlich
GOLDMAN & EHRLICH
19 S LaSalle Street
Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

March 21, 2008
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08CV1652
AFFIDAVIT OF SPECIAL PROCESS SERVER

**William Donahue**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

- ( X ) Summons & Complaint
- (   ) Citation to Discover Assets
- (   ) Rule to Show Cause
- (   ) Subpoena
- (   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Tiger Fighting Academy** by leaving a copy with **Eugene Banks, Authorized Person**, on **April 1, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**          RACE: **African American**     APPROXIMATE AGE: **45**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **8240 S. Cottage Grove Ave., Chicago, IL 60619-5302**
TIME OF DAY: **11:40 AM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **2nd** day of **April 2008**.

_William Donahue_
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/19/11