## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **TERICE POLK, on behalf of herself and all other persons similarly situated known and unknown,** | ) ) ) ) | **Case No. 08 C 1652** |
| Plaintiff, | ) ) | **Judge KENNELLY** |
| v. | ) ) | **Magistrate Judge Valdez** |
| **EUGENE BANKS and TIGER FIGHTING ACADEMY,** | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF FILING

**TO:**    Eugene Banks, individually and as owner of
Tiger Fighting Academy
8240 South Cottage Grove Avenue
Chicago, IL 60619-5302

**PLEASE TAKE NOTICE** that on the 2nd day of April 2008, we filed the Summons and Affidavit of Special Process Server in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

/s/ Arthur R. Ehrlich
GOLDMAN & EHRLICH

### PROOF OF SERVICE

I, Arthur R. Ehrlich, an attorney on oath, state that I served this notice by mailing a copy to EUGENE BANKS at the above address and depositing the same in the U.S. mail at 19 South LaSalle Street, Chicago, Illinois 60603, at or about 5:00 p.m. on April 2, 2008, with proper postage prepaid.

/s/ Arthur R. Ehrlich
Arthur R. Ehrlich of GOLDMAN & EHRLICH

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364