# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Terice Polk

                Plaintiff,

v.                                Case No.: 1:08–cv–01652
                                          Honorable Matthew F. Kennelly

Eugene Banks, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing set for 5/30/2008 moved from 9:00 AM to 08:30 AM., with attorneys by telephone. Telephoned notice.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.