**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Terice Polk
                  Plaintiff,

v.                                            Case No.: 1:08−cv−01652
                                               Honorable Matthew F. Kennelly

Eugene Banks, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 5/23/2008 with plaintiff's attorney participating. Status hearing continued to 6/17/2008 at 09:00 AM. Plaintiff's attorney is directed to notify defendants of the new date. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.