**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Terice Polk
                     Plaintiff,

v.
                                            Case No.: 1:08−cv−01652
                                            Honorable Matthew F. Kennelly

Eugene Banks, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 6/17/2008 with plaintiff's attorney appearing. Defendants fail to appear for the second straight time. Defendants are held in default for failure to respond to the complaint following service of summons. Prove up hearing is set for 7/1/2008 at 09:30 AM. Plaintiff's attorney is directed to mail a copy of this order to defendant. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.