## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1652 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Polk vs. Banks | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/16/2008 at 9:30 AM. Defendant's motion to vacate default and for appointment of counsel is to be filed by 7/9/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|