IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERICE POLK, on behalf of herself and all other persons similarly situated known and unknown, | )<br>)<br>) |
| | ) Case No. 08 C 1652 |
| Plaintiff, | )<br>) Judge KENNELLY |
| v. | )<br>) |
| EUGENE BANKS and TIGER FIGHTING ACADEMY, | )<br>)<br>) |
| Defendants. | ) |

## AFFIDAVIT OF TERICE POLK

Affiant TERICE POLK, being first duly sworn on her oath, does hereby depose and state as follows:

1. I am a resident of Chicago, Cook County, Illinois and was employed by Defendants from May 2007 until February of 2008. I did various duties in that time including driving children, administrative work, and other office work. I did not supervise anyone and took my instructions from Defendant BANKS.

2. Beginning on or about June 11, 2007, I was directed by Defendants to work, and did work, in excess of forty (40) hours per week. I worked more than eight (8) hours per day Monday through Friday, and worked additional hours on at least one Saturday each month.

3. I was never paid any overtime for the hours I worked in excess of forty (40) hours each week during my employment.

4. I worked two (2) hours on February 16, 2008, and eleven (11) hours on February 18, 2008. These were my last two days at work and Defendants did not pay me for these hours at any time.

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364

5. I was paid $200.00 a week and received an additional credit of $100 that covered the weekly tuition credit for my children. My total weekly compensation that I was paid was therefore $300 per week. My hourly rate of pay for a typical 40-hour week was therefore $7.50 per hour. The overtime rate at one and one half my hourly rate was therefore $10.75.

6. I worked at least nine hours a day Monday through Friday, from June 11 through August 31, 2007, less one week for holidays and days not worked, which would be eleven weeks. I also worked at least 9 ½ hours a day Monday through Friday from September 6, 2007 through approximately February 15, 2008, less vacation time and days not worked which would be twenty-two weeks.

7. Based on the overtime hourly rate I should have been paid, I am owed the following amounts of money:

    a. <u>June 11 through August 31, 2007</u>

        11 weeks x 5 hours of overtime x $10.75 =     $591.25

    b. <u>September 6, 2007 through February 15, 2008</u>

        22 weeks x ( 5 and 1 ½ overtime hours) x $10.75 =    1,773.35

    c. 7 Saturdays x 9 hours x $10.75 =         677.25

    d. 2 Saturdays x 3 hours x $10.75 =         64.50

8. I worked a total of 289 overtime hours at the proper rate of $10.75 and am therefore owed **$3,106.75 for unpaid overtime**.

9. My unpaid wages for February 16 (2 hours x $7.50) and for February 18 (9 hours x $7.50) Equal **$97.50 of unpaid regular wages.**

LAW OFFICES
GOLDMAN & EHRLICH
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364

2

FURTHER AFFIANT SAITH NAUGHT.

_____
TERICE POLK

SIGNED AND SWORN TO
before me this 30th day of June 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CHARLES D SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/16/09

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364