IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERICE POLK, on behalf of herself and all other persons similarly situated known and unknown, | )<br>)<br>) |
| | ) Case No. 08 C 1652 |
| Plaintiff, | )<br>) Judge KENNELLY |
| v. | )<br>) |
| EUGENE BANKS and TIGER FIGHTING ACADEMY, | )<br>)<br>) |
| Defendants. | ) |

### AFFIDAVIT OF ARTHUR R. EHRLICH

The Affiant, ARTHUR R. EHRLICH, being first duly sworn on oath, deposes and says that he has first hand knowledge of the following and, if called to testify in this matter, would testify as follows:

1. Attached hereto as Exhibit A, is a true and accurate itemization of all the time I have expended in this case and costs incurred. Our law firm uses a computer billing software program called Timeslips. Accurate records of the time spent were maintained throughout this case in our computer billing program and were entered at or near the time that the work was performed. All entries into the computer billing system were made by me and were reviewed to ensure their accuracy. The costs incurred and billed to Plaintiff were also entered into this computer program which includes the filing fees for this lawsuit in court.

2. Exhibit A is a full and complete itemization of all work that I performed in preparation for this case. As reflected in the exhibit, I have spent 10.75 hours in this case, excluding the appearance in court today for the prove up.

2. I currently bill at an hourly rate of Three Hundred and fifty Dollars ($350.00). The law firm of Goldman & Ehrlich and I have charged this hourly rate of $350.00 since at least

LAW OFFICES
GOLDMAN & EHRLICH
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364

January of 2007. This is a customary and reasonable fee in Cook County, as many attorneys with similar experience in Cook County and in Federal Court have billed at a higher rate. In 2006, I took over a case from another attorney with similar years of experience who was charging the client an hourly rate of $400.00. As an attorney, I have seen many fee petitions in cases I have been involved with and have noted that attorneys with as many years of experience as I have bill more than $350.00 per hour. The hourly rate of $350.00 is therefore still below the rate charged by many other attorneys with similar experience.

3. My fee agreement with Plaintiff was that I would not charge her hourly fees unless we settled or prevailed in court.

4. I have been licensed as an attorney since November of 1984 and have been representing plaintiffs and some defendants in employment cases in federal and state court since 1985. I have conducted over twenty-five (25) jury trials in the United States District Court and in the Illinois State Court. I have also conducted over twenty-five (25) bench trials in State Court and in the U.S. District Court. I have conducted over fifty (50) administrative hearings on employment related matters before the Illinois Human Rights Commission, the Equal Employment Opportunity Commission, arbitrators, and before civil service commissions on various employment matters. I have been a named partner in the law firm of Goldman & Ehrlich since approximately 1997 and was a partner with the predecessor firm of Gerald Goldman Chartered, prior to the formation of Goldman & Ehrlich.

6. All of the time expended in this case was both reasonable and necessary. Some of this time was spent attempting to settle this case but the Defendant then failed to abide by the settlement. The total legal fees and costs owed is $4172.50.

7. Plaintiff's claims are brought under 820 ILCS 105/12(a), for failure to pay wages for February 16 and February 18, 2008, which allows for punitive damages in the amount of two

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364

percent (2%) per month of the amount of underpayments. This equals ($97.50 x 2 % x 4 months) $7.80 in addition to the $97.50 ($105.30) of unpaid hours.

8. Plaintiff also brought her claim under the Fair Labor Standards Act, 24 U.S.C. § 207, for failing to pay overtime. This statute allows liquidated damages in the amount of the double the unpaid overtime amount. This equals ($3106.75 x 2) $6213.50.

9. Plaintiff is entitled to $6213.50 for overtime and penalties, $105.30 for unpaid wages and penalties. **The total damages are $6318.80 for Plaintiff. The attorneys fees and costs to which Plaintiff and her attorneys are entitled is $4172.50.**

FURTHER AFFIANT SAITH NOT.

_____
ARTHUR R. EHRLICH

SUBSCRIBED and SWORN TO
before me, a Notary Public, this
30th day of June 2008.

_____
Notary Public

OFFICIAL SEAL
CHARLES D SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/16/09

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364

3

| 6/18/2008 | GOLDMAN & EHRLICH | |
| 2:37 PM | Slip Listing | Page |

---

Selection Criteria

Slip.Date          1/1/1997 - Latest
Slip.Classification  Open
Clie.Selection     Include: Polk, Terice

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 10673           TIME<br>3/4/2008<br>WIP<br>meeting with: client to review case | A. Ehrlich<br>meeting<br>Polk, Terice | 1.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@2 | 350.00 |
| 10674           TIME<br>3/10/2008       4:57 PM<br>WIP<br>prepare complaint | A. Ehrlich<br>complaint, prep<br>Polk, Terice | 2.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@2 | 700.00 |
| 10676           TIME<br>3/11/2008       11:48 AM<br>WIP<br>prepare/REVISE complaint | A. Ehrlich<br>complaint, prep<br>Polk, Terice | 1.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@2 | 350.00 |
| 10707           TIME<br>3/19/2008<br>WIP<br>prepare / revise complaint | A. Ehrlich<br>complaint, prep<br>Polk, Terice | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@2 | 87.50 |
| 10741           TIME<br>4/8/2008<br>WIP<br>prepare correspondence to defendant as to May 14 status and court standing order | A. Ehrlich<br>letter, prep<br>Polk, Terice | 0.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@2 | 87.50 |
| 10746           TIME<br>4/9/2008<br>WIP<br>review file and documents for prep settlement demand; run numbers; call with opp'g attorney; prep demand letter | A. Ehrlich<br>review file<br>Polk, Terice | 2.25<br>0.00<br>0.00<br>0.00 | 350.00<br>T@2 | 787.50 |
| 10747           EXP<br>4/9/2008<br>WIP<br>court costs for filing of pleadings  service fee $60 + $350  (filing fee) | A. Ehrlich<br>$court costs<br>Polk, Terice | 1 | 410.00 | 410.00 |
| 10777           TIME<br>4/22/2008       5:21 PM<br>WIP<br>prepare pleadings: release agreement | A. Ehrlich<br>pleadings, prep<br>Polk, Terice | 1.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@2 | 350.00 |


EXHIBIT A

6/18/2008  
2:37 PM

GOLDMAN & EHRLICH  
Slip Listing

Page 2

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 10905<br>6/17/2008<br>WIP<br>status call in court | TIME | A. Ehrlich<br>status in court<br>Polk, Terice | 1.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@2 | 350.00 |
| 10911<br>6/18/2008<br>WIP<br>prepare pleadings: affidavit for prove up | TIME<br>10:16 AM | A. Ehrlich<br>pleadings, prep<br>Polk, Terice | 2.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@2 | 700.00 |

Grand Total

|  | Billable | 10.75 | 4172.50 |
|---|---|---|---|
|  | Unbillable | 0.00 | 0.00 |
|  | Total | 10.75 | 4172.50 |