# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1652 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Polk vs. Banks | | |

**DOCKET ENTRY TEXT**

Prove up hearing held. Judgment is entered against both defendants in the total amount of $6,318.80, plus attorneys fees and expenses in the amount of $ 4,172.50, for a total of $10,491.30

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|